CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 21 2007

CORCORAN, CLERK
BY: DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| MAKISA DENISE MARTIN, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00413 |
| ) | |
| v. ) | **FINAL ORDER** |
| TONYA HAIRSTON, ET AL ) | |
| ) | By: Hon. Jackson L. Kiser |
|     Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies. Any pending motions are hereby **DENIED** as **MOOT**, and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 21st day of September, 2007.

            /s/ Jackson L. Kiser
            Senior United States District Judge